IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 OCT -4 PM 1:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| GARY MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1-05-1173-TAn |
| | ) | |
| KOHLER COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

RULE 16(b) SCHEDULING ORDER

Pursuant to Rule 26(f) and Rule 16 (b) of the Federal Rules of Civil Procedure, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):** October 18, 2005

**JOINING PARTIES:**

    For Plaintiffs: **January 30, 2006**
    For Defendants: **February 28, 2006**

**AMENDING PLEADINGS:**

    For Plaintiffs: **January 30, 2006**
    For Defendants: **February 28, 2006**

**COMPLETING ALL DISCOVERY:** May 31 2006

    (a) **REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** May 31, 2006

    (b) **EXPERT DISCLSOURES (Rule 26(a)(a):**

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/5/05

5

   (i)  For Plaintiffs:  **March 30, 2006**
       No later than 2 months before close of discovery
   (ii)  For Defendants:  **April 30, 2006**
       No later than 1 month before close of discovery
   (iii) Supplementation under Rule 26(e):
       10 Days after Defendant's disclosure

  (c)  **DEPOSITION OF EXPERTS:**  **May 31, 2006**

**FILING OF DISPOSITIVE MOTIONS: July 2, 2006 (3 months before trial)**

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3):**

  For Plaintiffs:  **45 days before trial**
  For Defendants:  **30 days before trial**

  Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

  The trial of this matter is expected to last **3** days and is SET for **JURY TRIAL Monday, October 2, 2006, at 9:30 am.**

  A joint pretrial order is due on **Friday, September 22, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

  Interrogatories, Request for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

  Motions to compel discovery are t be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

  The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

  The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is

necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to a trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES
MAGISTRATE JUDGE

Date: October 03, 2005

Approved for Entry:

*/s/ Michael Russell*
JUSTIN S. GILBERT          17079
MICHAEL L. RUSSELL        20268
Attorneys for Plaintiff

GILBERT & RUSSELL, PLC    *with permission*
2021 Greystone Park
Jackson, Tennessee 38308
731.664.1340 Telephone
731.664.1540 Facsimile

_____
W. STEPHEN GARDNER      6236
R. JOSEPH LEIBOVICH     17455
Attorney for Defendants

YOUNG & PERL, PLC
2380 One Commerce Square
Memphis, Tennessee 38103
901.525.2761 Telephone
901.526.6983 Facsimile

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01173 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT